UPDIKE, KELLY AND SPELLACY, P.C. *v.*
STEVEN E. SHORE
(AC 17525)

Lavery, Kulawiz and Dupont, Js.

Argued December 4, 1998—officially released January 12, 1999

Per Curiam. The judgment is affirmed.

DANBURY MALL ASSOCIATES LIMITED PART-
NERSHIP *v.* MARIO RINALDI ET AL.
(AC 17840)

Lavery, Schaller and Hennessy, Js.

Submitted on briefs December 16, 1998—officially released January 12, 1999

Per Curiam. The judgment is affirmed.

OFI CONTRACT INTERIORS *v.*
MORANDE BROS., INC.
(AC 17764)

O'Connell, C. J., and Spear and Kulawiz, Js.

Argued January 11—officially released February 2, 1999

Per Curiam. The judgment is affirmed.